# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA G. HUERTA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:23-cv-04698-MAA<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　IT IS ORDERED that fees and expenses in the amount of $6,000.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: August 8, 2024

　　　　　　　　　　　　　　　　　　/s/ Maria A. Audero
　　　　　　　　　　　　　　　　　　THE HONORABLE MARIA A. AUDERO
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3  　　　/s/ *Denise Bourgeois Haley*
   BY: _____
4  　　Denise Bourgeois Haley
   　　Attorney for plaintiff Maria G. Huerta
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26